UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER LEE COOK, as administrator ad litem for and next of kin of RONNIE RAY COOK, <br><br>*Plaintiff*, <br><br>v. <br><br>MCMINN COUNTY, TENNESSEE, *et al.*, <br><br>*Defendants.* | No. 1:22-cv-105 <br><br>Judge Curtis L. Collier <br><br>Magistrate Judge Christopher H. Steger |

## **O R D E R**

Before the Court is a motion by Plaintiff Christopher Lee Cook to amend his second amended complaint. (Doc. 46.) Defendants responded to the motion in opposition. (Doc. 47.) United States Magistrate Judge Christopher H. Steger held a hearing on the motion on November 22, 2024 (Doc. 54), and filed a report and recommendation (the "R&R") (Doc. 62) on December 26, 2024, pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure. Neither party has objected to the R&R within the given fourteen days. *See* Fed. R. Civ. P. 72(b).

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, it is **ORDERED** that Plaintiff's motion to amend the second amended complaint (Doc. 46) is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's motion to amend the second amended complaint (Doc. 46) is **GRANTED IN PART** to the extent Plaintiff seeks to add as Defendants McMinn County Sheriff's Office ("MCSO") Corrections Officer Willis Stewart, II, and former MSCO Corrections Officer Auston Cockrum. Plaintiff's motion to amend the second amended complaint (Doc. 46) is **DENIED IN**

**PART** to the extent Plaintiff seeks to add as a Defendant former MCSO Corrections Officer Dale Greenlaw.  Plaintiff filed the third amended complaint on January 8, 2025.  (Doc. 64.)

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**